UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott Johnson,<br><br>    Plaintiff,<br><br>  v.<br><br>Balbir S. Ojla, Mohan K. Gill, Ashwani K. Karma, Indra D. Sharma, and Does 1-10,<br><br>    Defendants. | No. 2:14-cv-01848-GEB-CKD<br><br>**ORDER IMPOSING MONETARY SANCTIONS** |

An Order to Show Cause ("OSC") filed November 7, 2014, directed Plaintiff to explain in a writing to be filed no later than November 14, 2014, why sanctions should not be imposed against him and/or his counsel for the failure to file a timely status report. (OSC, ECF No. 11.) No response to the OSC has been filed.

Since Plaintiff's counsel failed to respond to the OSC and failed to file a timely status report without justification, Mark Potter, Esq. and/or the Center for Disability Access, is sanctioned four hundred dollars ($400.00). This sanction shall be paid to the Clerk of this Court no later than 4:00 p.m. on December 1, 2014, by a check made payable to the "United States Treasury." Proof of payment shall be filed within five (5) days of payment. This sanction is personal to counsel and shall not be

1

1  transmitted to counsel's clients.
2           IT IS SO ORDERED.
3  Dated:  November 21, 2014

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2