CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Mark Potter, SBN 166317
Phyl Grace, Esq., SBN 171771
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

THOMAS B. SHERIDAN (SBN 249306)
Email: tsheridan@sheridanclark.com
ANTHONY I. DANIELSON (SBN 285576)
Email: adanielson@sheridanclark.com
**SHERIDAN CLARK LLP**
4110 TRUXEL ROAD, SUITE 100
Sacramento, CA 95834
Telephone:  (916) 366-3692
Facsimile:  (916) 366-3696
Attorneys for
Defendants Paul and Kerry Fedorenko

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JOHNSON<br><br>**Plaintiff,**<br><br>PAUL FEDORENKO, in his individual and representative capacity as Trustee – Paul & Kerry Fedorenko Living Trust; KERRY FEDORENKO, in her individual and representative capacity as Trustee – Paul & Kerry Fedorenko Living Trust; and DOES 1-10,<br><br>**Defendants.** | **Case No.: 2:14-CV-01848-GEB-CKD**<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT** |

Counsels for Plaintiff SCOTT JOHNSON and Defendants PAUL FEDORENKO, in his individual and representative capacity as Trustee – Paul & Kerry Fedorenko Living Trust; and KERRY FEDORENKO, in her individual and representative capacity as Trustee – Paul & Kerry

g:\docs\geb\dgeb2\orders for signature\00009439.docx_____

STIPULATION AND ORDER TO SET ASIDE DEFAULT – P a g e | 1

Fedorenko Living Trust hereby stipulate to set aside the Default that was entered on October 2, 2014.

The parties mutually request that the Default be set aside so that plaintiff may file a dismissal, with prejudice, of the Fedorenko defendants.

IT IS SO STIPULATED.

Dated:  November 24, 2014  **SHERIDAN CLARK LLP**

By: /s/ *Anthony I. Danielson*
ANTHONY I. DANIELSON
Attorneys for Defendants Paul and Kerry Fedorenko

Dated:  December 2, 2014  **CENTER FOR DISABILITY ACCESS**

By:/s/ *Phyl Grace*
PHYL GRACE
Attorneys for Plaintiff Scott Johnson

### ORDER

It is hereby ordered that the Default entered on October 2, 2014 against defendants PAUL FEDORENKO, in his individual and representative capacity as Trustee – Paul & Kerry Fedorenko Living Trust; and KERRY FEDORENKO, in her individual and representative capacity as Trustee – Paul & Kerry Fedorenko Living Trust be set aside.

Dated:  December 3, 2014

GARLAND E. BURRELL, JR.
Senior United States District Judge

g:\docs\geb\dgeb2\orders for signature\00009439.docx_____

STIPULATION AND ORDER TO SET ASIDE DEFAULT – P a g e | 2