CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants, Balbir S. Ojla; Mohan K. Gill; Ashwani K. Sharma and Indra D. Sharma

Center for Disability Access
Raymond G. Ballister, Jr., Esq
Mark Potter, Esq.
Phyl Grace, Esq.
P. O. Box 262490
San Diego, CA  92196-2490

Attorneys for Plaintiff, Scott Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott N. Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Balbir S. Ojla; Mohan K. Gill; Ashwani K. Karma; Indra D. Sharma**; and Does 1-10, <br><br> Defendants. | **CASE NO.  2:14-cv-01848-GEB-CKD** <br><br> **STIPULATION AND PROPOSED ORDER TO SET ASIDE DEFAULT [Rule 55(c) FRCP]** |

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Plaintiff, Scott

-1-
*STIPULATION AND PROPOSED ORDER TO SET ASIDE DEFAULT*

Johnson and Defendant Indra D. Sharma by and through their respective attorneys, Phyl Grace and Cris C. Vaughan, hereby stipulate to, and request the Court to, set aside the default that was entered by the Clerk in this matter on February 6, 2015, for good cause and in the interests of justice and allow Defendant, Indra D. Sharma to file an Answer to the Complaint within ten (10) days after entry of the Order setting aside the default.

IT IS SO STIPULATED.

Dated: February 12, 2015

__/S/ PHYL GRACE_____
Phyl Grace, Attorney for
Plaintiff Scott Johnson

Dated: February 11, 2015

__/S/  CRIS C. VAUGHAN_____
Cris C. Vaughan, Attorney for
Defendant, Indra D. Sharma

## ORDER

IT IS SO ORDERED; that the Default entered in this matter on February 6, 2015 is hereby set aside and Defendant shall file an Answer to the Complaint no later than ten (10) days after this Order is filed.

Dated: February 12, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge